HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| Maureen Nolan | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. CV 23-00271 DKW-WRP |
| Porter, McGuire, Kiakona, LLP | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Porter McGuire Kiakona, LLP
841 Bishop St.
Suite 1500
Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Terrance M. Revere | Bruce F. Sherman (or) | Richard L. Holcomb |
|---|---|---|
| 970 N. Kalaheo St. | 1050 Bishop St. | 733 Bishop St. |
| Suite A301 | Suite 509 | Suite 1478 |
| Kailua, HI 96734 | Honolulu, HI 96813 | Honolulu, HI 96813 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: June 30, 2023

/s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 23-00271 DKW-WRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Maxwell Kopper**, who is designated by law to accept service of process on behalf of *(name of organization)* **Porter McGuire Kiakona, LLP per HRS § 425-21** on *(date)* **7/10/23**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07-10-2023**

Server's signature: *Michael Abiva*

Printed name and title: **Michael Abiva**

Server's address: **1060 Kilani Ave. Apt #1-601, Wahiawa HI, 96786**

Additional information regarding attempted service, etc: