REVERE & ASSOCIATES
A Limited Liability Law Company

TERRANCE M. REVERE                5857
Pali Palms Plaza
970 North Kalaheo Ave., Suite A301
Kailua, Hawaii 96734
Telephone No: (808) 791-9550
Facsimile No: (808) 791-9551
*terry@revereandassociates.com*

Of Counsel:
BRUCE F. SHERMAN                  5996
1050 Bishop Street, Suite 509
Honolulu, Hawaii 96813
Telephone No: (808) 221-0901
*bfs@bfshermanlaw.com*

RICHARD L. HOLCOMB                9177
Holcomb Law, LLLC
733 Bishop Street, Suite 1478
Honolulu, Hawaii 96813
Telephone No: (808) 545-4040
Facsimile No: (808) 356-1954
*rholcomblaw@gmail.com*

Attorneys for Plaintiff
MAUREEN NOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUREEN NOLAN,<br><br>             Plaintiff,<br><br>  vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>             Defendants. | Civil No. 23-CV-00271-DKW-WRP<br><br>PLAINTIFF MAUREEN NOLAN'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE F. SHERMAN; DECLARATION OF RICHARD L. HOLCOMB; EXHIBITS "1" - "6"; CERTIFICATES OF COMPLIANCE; CERTIFICATE OF SERVICE |

**PLAINTIFF MAUREEN NOLAN'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

Plaintiff MAUREEN NOLAN ("Nolan") by and through her undersigned counsel, and pursuant to Rules 26, 36 and 37 of the Federal Rules of Civil Procedure (Fed. R. Civ. P), hereby moves this Court for an order compelling the Defendant Porter McGuire Kiakona, LLP ("PMK") to file substantive responses to the Plaintiff's Request for Admissions and Certificate of Service [Dkt. No. 30] filed with this Court on March 7, 2024 and for attorneys' fees and costs in bringing this motion before the Court and sanctions. Alternatively, Plaintiff requests that her First Request For Admissions to Defendant Porter McGuire & Kiakona, LLP, dated March 7, 2024 ("Request"), be deemed admitted due to the Defendant's extreme bad faith in responding to the Request.

This Motion is based on the accompanying memorandum, declaration, certificates of compliance and exhibits attached thereto.  In addition to requiring

2

payment of reasonable expenses, including attorneys' fees and costs, caused by Defendant's failure to respond, sanctions may include any of the actions authorized under Rule 37(b)(2)(A), (B) and (C), Rule 11 of the Fed. R. Civ. P, and L.R. 37.1.

DATED:  Honolulu, Hawaii, July 31, 2024.

>/s/ Terrance M. Revere
> TERRANCE M. REVERE
> BRUCE F. SHERMAN
> RICHARD L. HOLCOMB
> Attorneys for Plaintiff
> MAUREEN NOLAN