# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00271-SASP-WRP |
| CASE NAME: | Nolan v. Porter McGuire Kiakona, LLP |
| ATTYS FOR PLA: | Richard L. Holcomb* <br> Terrance M. Revere <br> Bruce F. Sherman |
| ATTYS FOR DEFT: | David J. Hoftiezer* <br> Steven T. Wall |

| | | | |
|---|---|---|---|
| JUDGE: | Shanlyn A.S. Park | REPORTER: | Debra Read |
| DATE: | 12/3/2024 | TIME: | 9:30am-10:45am |

COURT ACTION: EP: [43] PLAINTIFF MAUREEN NOLAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND [47] DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S MOTION FOR SUMMARY JUDGMENT

Oral arguments heard.

[43] Plaintiff Maureen Nolan's Motion for Partial Summary Judgment-TAKEN UNDER ADVISEMENT.

[47] Defendant Porter McGuire Kiakona, LLP's Motion for Summary Judgment-TAKEN UNDER ADVISEMENT.

Court to prepare a written order.


Submitted by: Theresa Lam, Courtroom Manager